IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | 1:07-M-26M |
| | ) | |
| ARUTYUN SHATAREVYAN | ) | |

ORDER

This matter was heard on March 6, 2007, before the Hon. Magistrate Judge David L. Martin, on a detention hearing pursuant to Rule 5 of the Federal Rules of Criminal Procedure, to determine whether the defendant ARUTYUN SHATAREVYAN should be detained pending further proceedings. Upon hearing argument by counsel, the Court finds that defendant poses a risk of flight due to: (1) defendant's complete lack of ties to the District of Rhode Island, (2) the strength of the evidence, (3) the fact that defendant, if convicted, faces a period of incarceration to be followed by likely deportation, thereby creating a risk of flight, and (4) the fact that defendant's self-reported employment history remains unverified.

For the foregoing reasons, the Court orders that the defendant be detained based on its finding that no condition or combination of conditions will reasonably assure the appearance of the defendant at future court appearances, it is hereby:

ORDERED, ADJUDGED AND DECREED

The defendant is remanded to the custody of the United States Marshals Service.

Per Order,

Deputy Clerk

ENTER:

DAVID L. MARTIN
United States Magistrate Judge
United States District Court

DATE: 3-7-07